[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 17-15423
Non-Argument Calendar

_____

D.C. Docket No. 1:17-cr-00013-MW-GRJ-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

HUGO ALBERTO RIZO DIAZ,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

(October 3, 2018)

Before TJOFLAT, NEWSOM and ANDERSON, Circuit Judges.

PER CURIAM:

Michael Ufferman, appointed counsel for Hugo Alberto Rizo Diaz in this

direct criminal appeal, has moved to withdraw from further representation of the

appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Diaz's conviction and sentence are **AFFIRMED**.